**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**GEORGIA LOUISE WEAVER
ADC # 704924**                                                                                    **PLAINTIFF**

v.                                            4:09CV00077 BSM

**LARRY B. NORRIS** *et al.*                                                             **DEFENDANTS**

## ORDER

The court has reviewed the proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the court concludes that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This action is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and any pending motions are DENIED AS MOOT; and

2. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any order adopting these recommendations would not be taken in good faith.

DATED this 8th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE